THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**OTHA BENSON, ADC #101648**                                                  **PLAINTIFF**

**v.**                      **Case No. 5:19-cv-00338-KGB**

**DORALEE CHANDLER, General Counsel, State Crime Lab,** *et al.*        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Otha Benson's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 13th day of February, 2020.

_____
Kristine G. Baker
United States District Judge